

# Fourth Court of Appeals
## San Antonio, Texas

May 15, 2019

No. 04-19-00181-CV

**IN RE BRUINGTON ENGINEERING LTD.,**

Schlumberger Technology Corp., Schlumberger Services Inc., and Schlumberger Limited

Original Mandamus Proceeding[1]

**ORDER**

On March 27, 2019, relators filed a petition for writ of mandamus, the real party in interest responded, and the relators replied. This court concludes relators are not entitled to the relief sought; therefore, the petition for writ of mandamus is DENIED. *See* TEX. R. APP. P. 52.8(a).

It is so **ORDERED** on May 15, 2019.

Luz Elena D. Chapa

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 15th day of May, 2019.

Keith E. Hottle, Clerk of Court

---

[1] This proceeding arises out of Cause Nos. 7,767 and 8,310, styled *Pedernal Energy, LLC v. Schlumberger Technology Corporation, et al.* and *Pedernal Energy, LLC v. Bruington Engineering, Ltd.*, pending in the 49th Judicial District Court, Zapata County, Texas, the Honorable Jose A. Lopez presiding.